UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO SOLORIO,<br><br>            Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 24-cv-04690-JSW<br><br>**ORDER OF TRANSFER** |

Petitioner, a California prisoner proceeding without an attorney at the California Medical Facility in Vacaville, California, filed a petition for a writ of mandamus to stop his transfer from state to federal custody. CMF is in Solano County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. As the petition concerns Petitioner's confinement, the Eastern District, where Petitioner is confined, is the more convenient forum.[1] *Cf. Dunne v. Henman*, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that preferred forum for federal habeas petitions is district where petitioner is confined); *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988) ("venue considerations may, and frequently will, argue in favor of adjudication of the habeas claim in the jurisdiction where the habeas petitioner is confined); *cf. also Muth v. Fondren*, 676 F.3d 815, 818 (9th Cir. 2012) ("§ 2241 petitions must be filed in the district where

---

[1] Although Petitioner was *convicted* in this district, he does not challenge his conviction or sentence. *Cf. Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993) (petitions challenging a conviction or sentence generally heard in the district of conviction).

1 the petitioner is confined"). Accordingly, in the interest of justice, this case is TRANSFERRED
2 to the United States District Court for the Eastern District of California.
3     The Clerk shall transfer this matter forthwith.
4 **IT IS SO ORDERED.**
5 Dated: September 4, 2024

_____
JEFFREY S. WHITE
United States District Judge