UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO SOLORIO, | No. 2:24-cv-02408-DJC-DMC |
| Petitioner, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Respondents. | |

    Petitioner, a prisoner proceeding pro se, brings this Petition for a Writ of Mandamus.  This action was originally filed in the Northern District of California but was later transferred to this district on September 4, 2024.  (ECF No. 9.)  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On September 20, 2024, the Magistrate Judge filed Findings and Recommendations herein, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 12.)  No objections to the Findings and Recommendations have been filed.

    In the Findings and Recommendations, the Magistrate Judge recommends dismissal for lack of jurisdiction, noting that 28 U.S.C. § 1651 "does not provide jurisdiction for the federal courts to issue writs directed to state courts or state

1 officials." (ECF No. 12 at 1.) This is an accurate observation, but Petitioner did the
2 United States Attorney General (at that time, Merrick Garland) as a Respondent. (ECF
3 No. 1 at 1.) Moreover, an examination of publicly available Bureau of Prisons records
4 shows that Petitioner has now formally been placed in federal custody due to his
5 conviction and sentence in federal court.[1]  Petitioner's conviction may ultimately
6 render the Petition moot, but this issue is not presently before the Court. At this stage,
7 it appears that the Court properly has jurisdiction over this action as it relates to at
8 least one Respondent.

9       Accordingly, IT IS HEREBY ORDERED that the Court declines to adopt the
10 Findings and Recommendations (ECF No. 12). This matter is referred back to the
11 assigned Magistrate Judge for further pretrial proceedings.

      IT IS SO ORDERED.

Dated:   **October 20, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] Information on the location of BOP inmates is available at https://www.bop.gov/mobile/find_inmate/. The Petition includes Petitioner's prior records showing Petitioner's "Register Number" as 63359-509 and a "Released On" date. Using that same number, Petitioner's record no longer shows he was released and now lists "USP Atwater" as his location.