**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO SOLORIO, | No.  2:24-CV-2408-DJC-DMC-P |
| Petitioner, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Respondents. | |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of mandamus pursuant to 28 U.S.C. § 1651.   Pending before the Court is Petitioner's motion for extension of time, ECF No. 18.

Good cause appearing therefore, Plaintiff's motion will be granted, and the Court will extend the deadline, as requested, and Plaintiff's motion for an extension of time, ECF No. 18, is GRANTED. Plaintiff's objections to the amended findings and recommendations shall be filed on or before April 24, 2026.

SO ORDERED.

Dated:  February 25, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1